LMI–LA METALLI INDUSTRIALE, S.P.A., PLAINTIFF *v.* UNITED STATES,
DEFENDANT AND AMERICAN BRASS, ET AL., DEFENDANT-INTERVENORS

Court No. 87–03–00560

## JUDGMENT ORDER

DICARLO, *Judge*: The results of the remand ordered by the Court on September 17, 1990 having been filed with the Court, and the parties stating that they have no objections to those results, it is hereby

ORDERED that the remand results are affirmed,

AND FURTHER ORDERED this action is dismissed.